```
 1  DARREL J. HIEBER (SBN 100857)
    dhieber@skadden.com
 2  DANIEL M. RYGORSKY (SBN 229988)
    drygorsk@skadden.com
 3  SKADDEN ARPS SLATE MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
 4  Los Angeles, CA 90071-3144
    Telephone: 213-687-5000
 5  Facsimile: 213-621-5600

 6  Attorney for Defendant
    FIFTH THIRD BANCORP
```

FILED
07 JUN 14 PM 4:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: /s/ LP    DEPUTY

BY FAX

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA TENNENT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TJX COMPANIES, INC., a Delaware corporation, FIFTH THIRD BANCORP, an Ohio corporation, and DOES 1 through 50<br><br>Defendants. | CASE NO. 07-CV-00484 WQH (BLM)<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT AND [PROPOSED] ORDER THEREON<br><br>Judge: Hon. William Q. Hayes<br>Courtroom: 4 |

STIPULATION                                   CASE NO. 07cv0484

WHEREAS:

1. The above-captioned action, filed by Plaintiff Angelica Tennent against Defendants Fifth Third Bancorp ("Fifth Third") The TJX Companies, Inc. ("TJX"), and Does 1 through 50, inclusive, is one of several related actions arising out of allegations that intrusions(s) into TJX's computer system resulted in the theft of customers' information.

2. On February 8, 2007, the plaintiffs in one of the related actions, *Buckley v. TJX Cos.*, No. 07-CV-10209 (D. Mass. filed Feb. 2, 2007), filed a motion with the Judicial Panel on Multidistrict Litigation ("JPML") seeking the transfer and centralization of the related actions. Attached hereto as Exhibit A is what Fifth Third understands to be a true and correct copy of the motion for transfer and centralization pending before the JPML.

3. On March 16, 2007, Plaintiff filed this action in the United Stated District Court for the Southern District of California and on May 30, 2007, Plaintiff filed its Amended Complaint.

4. On April 4, 2007, TJX filed a notice with the JPML identifying this action as a potential "tag-along action" involving common questions of fact with the actions identified in the pending motion for transfer and centralization. Attached hereto as Exhibit B is what Fifth Third understands to be a true and correct copy of TJX's Second Notice of Potential Tag-Along Actions. To Fifth Third's knowledge, there are now thirteen (13) related actions pending in federal district courts in Alabama, California, Massachusetts, and Puerto Rico.

5. On or about April 29, 2007, this Court granted TJX an extension of time to respond on terms identical to those here stipulated as to Fifth Third.

6. Fifth Third supports transfer and centralization of the related actions.

7. Because the related actions involve common questions of fact, Fifth Third and Plaintiff anticipate that transfer and centralization will be ordered by the JPML.

8. The JPML held a hearing on the motion for transfer and centralization on May 31, 2007.

9. In light of the motion for transfer and centralization pending before the JPML, and the previous stipulation extending time for TJX to respond in this action, Fifth Third and Plaintiff

STIPULATION 1 CASE NO. 07cv0484

1 agree that extending the time for Fifth Third to respond is appropriate to promote the efficient
2 resolution of this action.
3    NOW, THEREFORE, Fifth Third and Plaintiff stipulate that the time for Fifth Third to
4 answer, plead, or otherwise respond shall be extended to the latest of: (a) ten (10) days after the
5 JPML decides the pending motion for transfer and centralization, (b) if the motion is granted, ten
6 (10) days after the transferee court enters a consolidated scheduling order, or (c) ten (10) days after
7 TJX is served with Plaintiff's Amended Complaint.
8
9 DATED: June __, 2007

SKADDEN ARPS SLATE MEAGHER & FLOM LLP

By: _____
DARREL J. HIEBER
One of the attorneys for Defendants
FIFTH THIRD BANCORP

Of Counsel:

W. Breck Weigel, Esq.
Vorys Sater Seymour and Pease LLP
221 East Fourth Street, Suite 2000
Cincinnati, Ohio 45202

DATED: June 11, 2007    HARRISON PATTERSON & O'CONNOR

By: _____
JAMES R. PATTERSON
One of the attorneys for Plaintiff
ANGELICA TENNENT

## AND ORDER THEREON

The time for Fifth Third Bancorp to answer, plead, or otherwise respond shall be extended to the latest of: (a) ten (10) days after the JPML decides the pending motion for transfer and centralization, (b) if the motion is granted, ten (10) days after the transferee court enters a consolidated scheduling order, or (c) ten (10) days after Fifth Third is served with Plaintiff's Amended Complaint.

IT IS SO ORDERED.

DATED: 6/14, 2007

_____
The Honorable William Q. Hayes
Judge of the District Court

## PROOF OF SERVICE

I, the undersigned, declare that: I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the instant case. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On June 12, 2007, I served the foregoing documents described as:

(1) **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT; AND**

(2) **[PROPOSED] ORDER**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

☒ (BY U.S. MAIL IN THE ORDINARY COURSE OF BUSINESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at Los Angeles, California and placed for collection and delivery following ordinary business practices (as noted).

☐ BY FACSIMILE I am readily familiar with the firm's practice of facsimile transmission; on this date the document was transmitted by facsimile transmission and that the transmission was reported as complete and without error and that the attached transmission report was properly issued by the transmitting facsimile machine (as noted).

☐ (BY PERSONAL SERVICE)  ☐  By personally delivering copies to the person served. (STATE/FEDERAL)

☐ I caused such envelope to be delivered by hand to the offices of the addressee pursuant to CCP § 1011. (STATE/FEDERAL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on June 12, 2007 at Los Angeles, California.

*Dwight Hines*
Dwight Hines

## SERVICE LIST

**Attorneys for Plaintiff**

JAMES R. PATTERSON
HARRY W. HARRISON
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway, Suite 1905
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991

JAMES M. LINDSAY
GENE J. STONEBARGER
LINDSAY & STONEBARGER
A Professional Corporation
620 Coolidge Drive, Suite 225
Folsom, CA 92630
Telephone: (916) 294-0002
Facsimile: (916) 294-0012

**Attorneys for Defendant Fifth Third Bancorp**

W. BRECK WEIGEL
VORYS, SATER, SEYMOUR AND PEASE LLP
221 East Fourth Street
Suite 2000, Atrium Two
P.O. Box 0236
Cincinnati, OH 45201
Telephone: (513) 723-4000
Facsimile: (513) 852-8448

**Attorneys for Defendants TJX Companies, Inc. and Bob's Stores Corp.**

CARY B. LERMAN
TERI-ANN E. NAGATA
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

MARK P. SZPAK
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050